UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 1:08CR131 SNLJ |
|  | ) |  |
| TIMOTHY M. DRAKE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### ORDER

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Lewis M. Blanton. On April 16, 2009, Judge Blanton filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant's Motion to Suppress Evidence be denied.

Defendant filed objections to the Magistrate Judge's Report and Recommendation on April 21, 2009. Defendant objected to the Magistrate Judge's recommendation "for the reasons set out within his previously filed Motion to Suppress Evidence and Statements."

The Court has carefully and independently reviewed the full record, and has read the transcripts of the suppression hearings held in this matter on December 18, 2008 and January 8, 2009. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after a de novo review,

**IT IS HEREBY ORDERED** that the objections of defendant Drake are overruled.

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 33]

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Evidence is **DENIED.** [Doc. 19]

Dated this 28th day of April, 2009.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE